| Name of Person Reporting | Date of Report |
|---|---|
| Cercone, David S | 4/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AIM Constellation Mutual Fund | | None | J | T | | SELF INITIATED AMENDMENT | | | |
| 2. Delaware Tax Free PA Mutual Fund | A | Dividend | K | T | | | | | |
| 3. Davis NY Venture Mutual Fund | A | Dividend | K | T | | | | | |
| 4. Delaware Group Decatur Fund | A | Dividend | | | Sold | 1/30 | J | | |
| 5. MFS Research Mutual Fund - A | A | Dividend | J | T | | | | | |
| 6. TLC Vision Corp. Common Stock | | None | J | T | | | | | |
| 7. Waste Management Common Stock | | None | J | T | | | | | |
| 8. Evergreen Money Market Account #1 | A | Dividend | | | Sold | 5/30 | J | | |
| 9. Evergreen Money Market Account #2 | A | Dividend | - | | Sold | 11/22 | J | | |
| 10. Duquesne Cap. Preferred Stock | B | Dividend | J | T | | | | | |
| 11. Citizens Bank Accounts | A | Interest | K | T | | | | | |
| 12. U.S. Savings Bond | | None | J | T | | | | | |
| 13. PA State Employees Retirement Account | B | Interest | | | Rollover IRA | 11/7 | M | | |
| 14. Centennial Money Market | A | Interest | | | Sold | 1/10 | J | | |
| 15. American Balanced Fund 529B | A | Dividend | L | T | | | | | |
| 16. IRA | A | Dividend | M | T | Open | 11/7 | M | | |
| 17. - Bond Fund of America | | | | | Buy | 11/7 | L | | |
| 18. - Capital Income Builder | | | | | Buy | 11/7 | L | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cercone, David S | 4/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Income Fund of America | | | | | Buy | 11/7 | L | | |
| 20. Income Fund of America | A | Dividend | J | T | Buy | 1/10 | J | | |
| 21. Bank Deposit Sweep Money Market Account #1 | A | Dividend | J | T | Buy | 11/12 | J | | |
| 22. Bank Deposit Sweep Money Market Account #2 | A | Dividend | J | T | Buy | 11/12 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cercone, David S | 4/9/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

This report is an amendment to my report dated 4/9/04.

The original annual report did not list the name and transactions of each asset in an IRA in Part VII. This information has been listed in Part VII, items 17, 18 and 19 of this amended report.

The original annual report did not indicate that the Evergreen Money Market Account #2 was sold. This information has been provided in Part VII, item 9 of this amended report.

The original annual report did not indicate that the Bank Account Sweep Money Market Account #1 was bought. This information has been provided in Part VII, item 21 of this amended report.

The original annual report did not indicate that the Bank Account Sweep Money Market Account #2 was bought. This information has been provided in Part VII, item 22 of this amended report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Cercone, David S | 4/9/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date  4 / 14 / 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Cercone, David S | 2. Court or Organization  USDC, WDPA | 3. Date of Report  4/9/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial ◉ Annual ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  Room 1036  U.S.P.O & Courthouse  Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Boys and Girls Club of Western Pennsylvania |
| 2. Visitor | Graduate School of Public and International Affairs, University of Pittsburgh |
| 3. Custodian | Account #1 |
| 4. Custodian | Account #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Administrative Office of PA Courts - eligible to receive health care benefits for life |
| 2. 2003 | Pa. State Employees' Retirement System - elected to receive montly pension payment for life |

APR 12 11 08 AO-10
FINANCIAL DISCLOSURE REPORT

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2003 | University of Pittsburgh - royalties | $235.00 |
| 2. | 2003 | University of Pittsburgh - teaching salary | $13,500.00 |
| 3. | 2003 | PA. State Employees' Retirement System - pension | $8,741.00 |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2003 | Administrative Office of PA Courts - magistrate's salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Manhattan Mortgage Corp. | Mortgage on ▉▉▉ home, Naples, Florida | M |
| 2. Countrywide Bank | Home Equity Loan on ▉▉▉ home, Naples, Florida | K |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 1

| Name of Person Reporting | Date of Report |
|---|---|
| Cercone, David S | 4/9/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AIM Constellation Mutual Fund | | None | J | T | | | | | |
| 2. Delaware Tax Free PA Mutual Fund | A | Dividend | K | T | | | | | |
| 3. Davis NY Venture Mutual Fund | A | Dividend | K | T | | | | | |
| 4. Delaware Group Decatur Fund | A | Dividend | | | Sold | 1/30 | J | | |
| 5. MFS Research Mutual Fund - A | A | Dividend | J | T | | | | | |
| 6. TLC Vision Corp. Common Stock | | None | J | T | | | | | |
| 7. Waste Management Common Stock | | None | J | T | | | | | |
| 8. Evergreen Money Market Account #1 | A | Dividend | | | Sold | 5/30 | J | | |
| 9. Evergreen Money Market Account #2 | A | Dividend | J | T | | | | | |
| 10. Duquesne Cap. Preferred Stock | B | Dividend | J | T | | | | | |
| 11. Citizens Bank Accounts | A | Interest | K | T | | | | | |
| 12. U.S. Savings Bond | | None | J | T | | | | | |
| 13. PA State Employees Retirement Account | B | Interest | | | Rollover IRA | 11/7 | M | | |
| 14. Centennial Money Market | A | Interest | | | Sold | 1/10 | J | | |
| 15. American Balanced Fund | A | Dividend | L | T | | | | | |
| 16. IRA | A | Dividend | M | T | Buy | 11/7 | M | | |
| 17. Income Fund of America | A | Dividend | J | T | Buy | 1/10 | J | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cercone, David S | 4/9/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

The account listed in Part I, item 3 was closed on 5/30.

Description of parties listed in Part II, item 2 was changed from previous report for greater accuracy.

The account listed in Part VII, item 13 was rolled over to IRA listed in Part VII, item 16.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Cercone, David S | Date of Report<br><br>4/9/2004 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date  4 - 9 - 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544